No. 748. G. R. BAKER ET AL. *v.* UNITED STATES. January 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. L. Miller* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Harry S. Ridgely* for the United States.

---

No. 752. MARLBORO COTTON MILLS *v.* FIRESTONE TIRE & RUBBER COMPANY ET AL. January 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Henry E. Davis* for petitioner. *Mr. D. W. Robinson* and *Mr. Amos C. Miller* for respondents.

---

No. 753. M. D. WANDELL *v.* NEW HAVEN TRAP ROCK COMPANY. January 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. T. Catesby Jones* and *Mr. C. Andrade, Jr.,* for petitioner. *Mr. Pierre M. Brown* and *Mr. George E. Hall* for respondent.

---

No. 757. PANGBORN CORPORATION *v.* W. W. SLY MANUFACTURING COMPANY. January 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. William F. Hall* and *Mr. Melville Church* for petitioner. *Mr. Charles E. Brock* for respondent.

---

No. 761. ADDIE B. MYERS *v.* LENA M. VAYETTE ET AL. January 15, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Illinois denied. *Mr. Morse Ives* for petitioner. *Mr. Lester H. Strawn* for respondents.